### 270. BAXLEY TIE COMPANY *v.* SIMPSON & HARPER.

POWELL, J. 1. If no place be designated by the contract, the general rule is that the articles sold are to be delivered at the place where they are at the time of the sale. Benjamin on Sales (7th ed.), § 682.

2. If the purchaser of machinery inspects the same personally or by an agent, and then buys, makes a cash payment, and gives his promissory note for the remainder, and receives the property, without disclosing to the seller any objection thereto until the promissory note has matured and suit has been brought thereon, he can not thereafter successfully plead the existence of patent defects, rendering the machinery worthless, as a defense to the action on the notes. *Harder* v. *Carter*, 97 *Ga.* 273; *American Car Co.* v. *Atlanta Street Ry. Co.*, 100 *Ga.* 254; *Lunsford* v. *Malsby*, 101 *Ga.* 40; *Page* v. *Dodson Co.*, 106 *Ga.* 80.

3. The case being controlled by the foregoing provisions of law, the court did not err in directing a verdict for the plaintiff.

*Judgment affirmed.*

Trover, from city court of Baxley—Judge Thomas. October 10, 1906.

Argued April 8,—Decided April 25, 1907.

*W. W. Bennett, V. E. Padgett,* for plaintiff in error.

*Parker & Moore, Peeples & Jordan,* contra.